UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE FURR,<br><br>        Plaintiff,<br><br>    v.<br><br>MEDICREDIT INC.,<br><br>        Defendant. | Case No. 23-cv-04776-AMO<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE**<br><br>Re: Dkt. No. 34 |

Before the Court is Defendant Medicredit, Inc.'s Motion to Transfer Venue. Defendant seeks transfer of this case from the Northern District of California to the Eastern Division of the Eastern District of Missouri, pursuant to 28 U.S.C. § 1404(a), on the grounds that litigating this action in the Eastern Division of the Eastern District of Missouri would be more convenient for the parties and the witnesses, and such transfer would be in the interests of justice. Because Plaintiff Jude Furr filed a statement of non-opposition to the Motion (ECF 38), the Court hereby **GRANTS** Defendant's Motion. This Action shall be transferred for all further proceedings to the United States District Court for the Eastern District of Missouri, Eastern Division.

**IT IS SO ORDERED.**

Dated: March 29, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**